**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **LEONARDO GAITAN ORTIZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1370-R** |
| | ) | |
| **WARDEN, Diamondback Correctional Facility, et al.,** | ) | |
| | ) | |
| **Respondents.** | | |

**ORDER**

Petitioner, a noncitizen, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens [Doc. No. 16] recommending that the Petition be granted in part. Respondents filed an Objection [Doc. No. 18] reasserting their opposition to *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026). Petitioner filed a Response [Doc. No. 19] to the Objection that agrees with the findings and recommendations contained in the Report.

Accordingly, after conducting a de novo review of the specific objection lodged by Respondents, the Report and Recommendation [Doc. No. 16] is ADOPTED and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is GRANTED in part. Respondents are directed to provide Petitioner with a bond hearing before a neutral Immigration Judge within seven days or release Petitioner. Respondents shall certify compliance with this order.

IT IS SO ORDERED this 27th day of August, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**